IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**LEODIS RANDLE**                                                                                          **PLAINTIFF**

v.                                    Case No. 4:23-cv-00114 KGB

**ERIC HIGGINS,** *et al.*                                                                      **DEFENDANTS**

## ORDER

Before the Court are the Proposed Findings and Recommendations ("Recommendation") submitted by United States Magistrate Judge Jerome T. Kearney (Dkt. No. 8). No objections to the Recommendation have been filed, and the time for filing objections has passed. After careful review, the Court adopts the Recommendation in its entirety as the Court's findings in all respects (*Id.*). The Court dismisses without prejudice plaintiff Leodis Randle's complaint, as amended (Dkt. Nos. 1; 6). If Mr. Randle wants to pursue this lawsuit, he must pay the $402.00 filing fee in full to the Clerk within 15 day of the date of this Order and file a motion to reopen this case. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order and the accompanying Judgment would not be taken in good faith.

It is so ordered this 12th day of June, 2025.

Kristine G. Baker
Chief United States District Judge